## 41759. VEASEY v. THE STATE.

HALL, Judge. The defendant, under an accusation charging him with the illegal sale of nontax-paid liquor, was tried and convicted in the City Court of Washington County. He appeals the judgment of conviction and sentence. *Held:*

The evidence authorized the verdict finding the defendant guilty of selling nontax-paid liquor, and the charge of the court that "it is contrary to the laws of the state to sell nontax-paid liquor" was not error as contended in the defendant's enumeration of error. *Morris v. State,* 100 Ga. App. 457 (111 SE2d 655); *Bobo v. State,* 101 Ga. App. 266 (113 SE2d 468); *Echols v. State,* 94 Ga. App. 898 (96 SE2d 521).

*Judgment affirmed. Nichols, P. J., and Deen, J., concur.*

SUBMITTED JANUARY 5, 1966—DECIDED JANUARY 11, 1966—
REHEARING DENIED JANUARY 19, 1966.

*Casey Thigpen,* for appellant.
*Thomas A. Hutcheson, Solicitor,* for appellee.